## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Ruhland, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Silver Barrel Trucking, LLC, | ) | Case No. 1:21-cv-209 |
| | ) | |
| Defendant. | ) | |

On May 11, 2023, the parties filed a amended scheduling/discovery plan. (Doc. No. 19). The court **ADOPTS** the parties' amended scheduling/discovery plan (Doc. No. 19) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until August 31, 2023, to complete fact discovery. All written discovery shall be served by August 1, 2023.

2. The parties shall have until September 20, 2023, to file discovery motions.

3. The deadlines for exchanging complete expert are:

    a. September 15, 2023, for plaintiff; and

    b. October 16, 2023, for Defendant.

4. Discovery depositions of expert witnesses shall be completed by December 15, 2023.

5. Motions to join additional parties, amend the pleadings, and amend the pleadings to add punitive damage claims are due by August 1, 2023.

6. Nondispositive motions are due by December 15, 2023.

7. Dispositive motions are due by January 15, 2024.

The motion to amend the scheduling order (Doc. No. 14) filed by Defendant on December 16, 2022,

is deemed **MOOT**.  The final pretrial conference set for October 3, 2023, shall be rescheduled for October 8, 2024, at 9:00 AM by telephone before the magistrate judge.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial scheduled for October 16, 2023 shall be rescheduled for October 21, 2024, at 9:00 AM in Bismarck before Judge Hovland (Eagle courtroom).  A five (5) day trial is anticipated.

   **IT IS SO ORDERED.**

   Dated this 12th day of May, 2023.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court